*Timothy J. Quillinan*, District Attorney (*John J. Kelly* of counsel), for appellant.

*Philip J. Cirillo* and *Ely S. Koplovitz* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, ANDREWS and LEHMAN, JJ. Dissenting: POUND and CRANE, JJ. Absent: McLAUGHLIN, J. ───────────

THE PEOPLE OF THE STATE OF NEW YORK, Appellant,
*v.* FRANK PECHOTA, Respondent.

*Crimes — murder in second degree — sentence.*

People v. Pechota, 209 App. Div. 164, affirmed.
(Argued February 2, 1925; decided February 25, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 4, 1924, modifying a judgment, rendered at a Trial Term for the county of New York, upon a verdict con-victing the defendant of the crime of murder in the second degree wherein the court sentenced the defendant to a " minimum term of thirty years and not more than the offender's natural life," and ordering that he " be re-sentenced to State Prison for a term the minimum of which shall be not less than twenty years and the max-imum of which shall be the natural life of the defendant."

*Joab H. Banton*, District Attorney (*Felix C. Benvenga* of counsel), for appellant.

*Ely Rosenberg* and *A. Parker Nevin* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.